**No. 40541.**—Protest 316436–G of N. Strauss & Sons, Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers similar to those involved in Rice v. United States (T. D. 49373).   The claim as household utensils at 40 percent under paragraph 339 was therefore sustained.

**No. 40542.**—Protests 294225–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel atomizers, boxes, flacons, incense burners, bottle holders, trays, photoframes, bottles, and whisky barrel and bucket chiefly used in the household for utilitarian purposes or hollow ware were held dutiable at 40 percent under paragraph 339.   United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445, Dow v. United States (id. 282, T. D. 46816), Woolworth v. United States (T. D. 47857), and Rice v. United States (T. D. 49373) cited.   Toilet sets similar to those the subject of Abstract 8950 were held dutiable as follows, the brushes at 45 percent under paragraph 1407 and the mirrors at 50 percent under paragraph 230.

**No. 40543.**—Protests 531193–G, etc., of Saks & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel atomizers, trays, boxes, and liquor set chiefly used on the table or in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.   United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445), Dow v. United States (id. 282, T. D. 46816), and Rice v. United States (T. D. 49373) cited.

**No. 40544.**—Protest 900810–G of M. Zwiebel (New York).

Opinion by DALLINGER, J.   It was stipulated that the savings banks in question are similar to those the subject of Abstract 38680.   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40545.**—Protests 887291–G, etc., of Greenberg & Josefsberg et al.   (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the paper weights in question were held dutiable at 40 percent under paragraph 339 as claimed.